UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | 2:21-cr-00111-JDL-1 |
| ) | |
| BRANDON PELLETIER, ) | |
| ) | |
| Defendant. ) | |

ORDER ACCEPTING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE

Brandon Pelletier, an incarcerated individual proceeding pro se, has filed several motions seeking various remedies related to his imprisonment: Motion for Relief (ECF No. 70); Motion for Attorney Fees, Monetary Damages, Injunctive Relief, and Safe Housing (ECF No. 73); and Motion for Relief (ECF No. 75). U.S. Magistrate Judge John C. Nivison filed his Recommended Decision on the motions with the Court on December 8, 2023 (ECF No. 78), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2023) and Fed. R. Civ. P. 72(b). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal.

I have reviewed and considered the Recommended Decision, together with the record. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision, and I determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 78) of the Magistrate Judge is hereby **ACCEPTED** and the three motions (ECF Nos. 70, 73, and 75) are **DENIED**.

**SO ORDERED.**

**Dated this 10th day of January, 2024.**

                                              /s/ Jon D. Levy
                                    **CHIEF U.S. DISTRICT JUDGE**